# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

WARREN OIL COMPANY, INC.                )
                                        )
      Plaintiff,                     )
                                        )
v.                                      )          Case No. 1-05-1158-T An
                                        )
NUOIL, INC. and RICKY SOWDER            )
                                        )
      Defendants.                    )

## ORDER GRANTING ADMISSION PRO HAC VICE

     It is hereby ORDERED, upon good cause shown, that Larry L. Coats, Esq. is admitted *pro hac vice* to practice in this district.

     It is so ORDERED this 5th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01158 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Anthony J. Biller
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

Rebecca E. Crandall
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

Larry L. Coats
COATS & BENNETT, PLLC
1400 Crescent Green
St. 300
Cary, NC 27511

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT