# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| WARREN OIL COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1-05-1158-T An |
| | ) |
| NUOIL, INC. and RICKY SOWDER | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING ADMISSION PRO HAC VICE

It is hereby ORDERED, upon good cause shown, that Rebecca E. Crandall, Esq. is admitted *pro hac vice* to practice in this district.

It is so ORDERED this 5th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01158 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Anthony J. Biller
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

Rebecca E. Crandall
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

Larry L. Coats
COATS & BENNETT, PLLC
1400 Crescent Green
St. 300
Cary, NC 27511

Honorable James Todd
US DISTRICT COURT