IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WARREN OIL COMPANY, INC<br>PLAINTIFF, | )<br>)<br>) |
| Vs. | )     Civil Action No. 1-05-1158 T/An<br>) |
| NUOIL, INC., and RICKY SOUDER,<br>DEFENDANTS. | )<br>) |

### CONSENT ORDER SETTING ASIDE ORDER ON
### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

It appears to the Court that the parties hereto have reached an agreement as to the issues presented in the above cause to wit:

1. The Defendants, their employees, representatives, and agents are immediately and permanently enjoined from publishing or using the checkerboard mark, or any confusingly similar mark that is the subject of the Complaint.

2. The Defendants will immediately destroy any remaining containers utilizing the aforesaid checkerboard.

3. The Defendant, Ricky Souder will pay to the law firm of Coats and Bennett, P.L.L.C. the sum of Three Thousand, Six Hundred Dollars ($3,600.00) to offset the Plaintiff's attorney fees in this cause. This sum will be paid in 12 equal monthly payments of Three Hundred Dollars ($300.00). These payments shall commence on November 1, 2005.

4. The Order on Plaintiff's Motion for Entry of Default Judgment is set aside.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _10-20-05_

All of which is ORDERED, ADJUDGED and DECREED this 19th day of October, 2005.

*James D. Todd*
James D. Todd
United States District Court Judge

Approved for Entry:

*Stephen L. Hale*
Stephen L. Hale 013554
110 North Water Street
Bolivar, Tennessee 38008
Telephone: (731) 658-5858
Facsimile: (731) 658-5837

*Larry L. Coats* w/permission By SLHale
Larry L. Coats
North Carolina State bar No. 5,547
Anthony J. Biller
North Carolina State Bar No. 24,117
Rebecca Crandall
North Carolina State Bar No. 32,637
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone: (919) 854-1844
Facsimile: (919) 854-2084

*Mary Katherine Hovious* w/permission By SLHale
John S. Golwen 14324
Mary Katherine Hovious 20136
The Tower at Peabody Place
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Telephone: (901) 543-5900
Facsimile: (901) 543-5999

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CV-01158 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Rebecca E. Crandall
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Larry L. Coats
COATS & BENNETT, PLLC
1400 Crescent Green
St. 300
Cary, NC 27511

Anthony J. Biller
COATS & BENNETT, PLLC
1400 Crescent Green
Ste. 300
Cary, NC 27511

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT